| | |
|---|---|
| 1 | COOLEY LLP<br>MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)<br>KYLE C. WONG (224021) (kwong@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>Twitter, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILFORD RANEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:15-cv-04191-WHA<br><br>**NOTICE OF APPEARANCE OF KYLE C. WONG AS COUNSEL FOR DEFENDANT TWITTER, INC.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Kyle C. Wong of Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111, telephone (415) 693-2029, hereby appears as counsel on behalf of Defendant Twitter, Inc. in the above-referenced matter. Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

//

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

121871431

1.

NOTICE OF APPEARANCE OF KYLE C. WONG AS
COUNSEL FOR DEFENDANT TWITTER, INC.
CASE NO. 3:15-CV-04191-WHA

| | |
|---|---|
| | Kyle C. Wong
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800 |
| Dated: September 24, 2015 | COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
KYLE C. WONG (224021)

*/s/ Kyle C. Wong*
Kyle C. Wong (224021)
Attorneys for Defendant
Twitter, Inc. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

121871431

2.

NOTICE OF APPEARANCE OF KYLE C. WONG AS
COUNSEL FOR DEFENDANT TWITTER, INC.
CASE NO. 3:15-CV-04191-WHA