IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFORD RANEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TWITTER, INC.,<br><br>    Defendant.<br>                                               / | No. C 15-04191 WHA<br><br>**NOTICE OF POTENTIAL CONFLICT** |

      The apartment mate of the law clerk assigned to this matter is an employee of Twitter, Inc., although he does not work in a department related to the issues herein.  If either party objects to that law clerk continuing to work on that case, with the condition that the law clerk will not discuss the case with his apartment mate or visit him at the office for the duration of the case, they shall file a notice of that objection by **SEPTEMBER 29 AT NOON**.

      **IT IS SO ORDERED.**

Dated:  September 25, 2015.

                                                                            WILLIAM ALSUP<br>
                                                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California