Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILFORD RANEY,

    Plaintiff(s),

v.

TWITTER, INC., a Delaware corporation,

    Defendant(s).

Case No: 3:15-CV-04191

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Alexander T.H. Nguyen, an active member in good standing of the bar of the D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Wilford Raney in the above-entitled action. My local co-counsel in this case is Samuel M. Lasser, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Edelson PC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1934 Divisadero Street<br>San Francisco, California 94115 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 561-4106 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 994-9930 |
| MY EMAIL ADDRESS OF RECORD:<br>anguyen@edelson.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>slasser@edelson.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 499678.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/18/15

                                                Alexander T.H. Nguyen
                                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Alexander T.H. Nguyen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 29, 2015.

                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                               *October 2012*