COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
DEVON HANLEY COOK (262626) (dhanleycook@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
TWITTER, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILFORD RANEY, as an individual, and on behalf of the others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:15-cv-04191-WHA<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTION TO STAY (CIVIL L.R. 6-1(A), (B); 6-2)**<br><br>Judge:        Hon. William ~~H.~~ Alsup<br>Date:          Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122358093

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
3:15-CV-04191-WHA**

Pursuant to Civil Local Rules 6-1(a), 6-1(b), and 6-2, plaintiff Wilford Raney ("Plaintiff") and defendant Twitter, Inc. ("Twitter") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed a putative class action lawsuit against Twitter on or about September 14, 2015;

WHERAS, Plaintiff filed his First Amended Class Action Complaint ("FAC") on September 30, 2015;

WHEREAS, Twitter's deadline to respond to the Complaint is October 19, 2015;

WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter any deadline already fixed by Court order;

WHEREAS, under Civil Local Rule 6-1(b), a Court order is required for any enlargement of time that alters a deadline that involves papers required to be filed with the Court (other than an initial response to the complaint);

WHEREAS, the parties may file a stipulation requesting an order that would extend time frames set in the Federal Rules, accompanied by a declaration complying with Civil Local Rule 6-2, and such a declaration is filed herewith;

WHEREAS, the Parties have agreed to stipulate under Civil Local Rule 6-1(a) and (b) to a filing and briefing schedule for Twitter's response to the FAC as set forth below;

WHEREAS, the Parties have stipulated under Civil Local Rule 6-1(b) to a filing and briefing schedule for Twitter's anticipated motion to stay this action ("Motion to Stay") as set forth below;

WHEREAS, extending the deadline for any subsequent briefing necessitated by Twitter's response to the Complaint and Motion to Stay, as set forth below, will allow for a more complete and orderly presentation of the complex legal issues the Court will need to resolve in both motions (*see* Declaration of Whitty Somvichian ("Somvichian Decl.") ¶ 3, filed concurrently herewith);

WHEREAS, extending the deadlines for any subsequent briefing necessitated by Twitter's

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122358093

1.

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
3:15-CV-04191-WHA

response to the Complaint or Motion to Stay will help accommodate attorneys' schedules for the upcoming holidays.

WHEREAS, no prior time modifications have been sought in this case (*id.* ¶ 6);

WHEREAS, this modification would not affect the case schedule as none has been entered (*id.* ¶ 7).

NOW THEREFORE, the Parties hereby stipulate and agree to extend the following deadlines:

1. November 9, 2015:    Twitter's deadline to respond to the FAC and file its anticipated Motion to Stay;
2. December 9, 2015:    Plaintiff's Oppositions due;
3. January 9, 2015:     Twitter's Replies due.

**IT IS SO STIPULATED.**

Dated: October 8, 2015                COOLEY LLP

                                      s/ Whitty Somvichian
                                      Whitty Somvichian (194463)
                                      Attorneys for Defendant Twitter, Inc.

Dated: October 8, 2015                EDELSON PC

                                      s/ Alexander T.H. Nguyen
                                      Alexander T.H. Nguyen
                                      Attorneys for Plaintiff

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3)) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 13, 2015.                _____
                                         The Honorable William H. Alsup
                                         United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122358093                           2.             STIPULATION TO EXTEND TIME TO RESPOND TO
                                                   INITIAL COMPLAINT
                                                   3:15-CV-04191-WHA