United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFORD RANEY, as an individual, and on behalf of the others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation,<br><br>Defendant. | No. C 15-04191 WHA<br><br>**ORDER SCHEDULING BRIEFING AND HEARING SCHEDULE** |

Plaintiff has moved for the appointment of interim class counsel and to certify the class. Defendant anticipates it will move to stay the action pending a Supreme Court decision as well as to dismiss the action. Plaintiff also expects to move for a preliminary injunction. The parties have filed a stipulation seeking to simplify the schedule for briefing and hearing the arguments on all five of these motions. Good cause shown, the parties' proposed schedule is **APPROVED**, as follows:

| November 9, 2015 | Twitter's deadline to respond to the first amended complaint and to file its anticipated motion to stay, as well as plaintiff's deadline to file his motion for preliminary injunction. |
|---|---|
| December 9, 2015 | Plaintiff's opposition to Twitter's anticipated motion to dismiss, plaintiff's opposition to Twitter's anticipated motion for stay, Twitter's opposition to anticipated motion to appoint interim class counsel, and Twitter's opposition to anticipated Motion for preliminary injunction all due. |

| | |
|---|---|
| January 8, 2016 | Twitter's replies in support of motion to dismiss and motion to stay, Twitter's opposition to motion to appoint interim class counsel, and Twitter's opposition to plaintiff's anticipated motion for preliminary injunction all due. |
| January 28, 2016 at 8:00 a.m. | Continued initial case management conference, hearings on motion to dismiss, motion to stay, motion for preliminary injunction, and motion to appoint interim class counsel. |
| March 10, 2016 | Twitter's opposition to plaintiff's motion for class certification due. |
| March 24, 2016 | Plaintiff's reply in support of motion for class certification due. |
| April 7, 2016 at 8:00 a.m. | Hearing on motion for class certification. |

The hearings scheduled for **DECEMBER 3** and **DECEMBER 17** shall be removed from the calendar accordingly.

**IT IS SO ORDERED.**

Dated: November 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2