Todd Logan (SBN – 305912)
tlogan@edelson.com
Samuel M. Lasser (SBN – 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Alexander T.H. Nguyen (Admitted *Pro Hac Vice*)
anguyen@edelson.com
Amir C. Missaghi (Admitted *Pro Hac Vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Classes*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILFORD RANEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TWITTER, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:15-cv-04191-WHA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. William H. Alsup<br>Action Filed: September 14, 2015 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Wilford Raney, by and through his undersigned counsel, hereby provides notice of the voluntary dismissal of his claims against Defendant Twitter, Inc. with prejudice. The putative class members' claims are dismissed without prejudice. In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed this action on September 14, 2015.

2. Plaintiff conducted a Rule 30(b)(6) deposition of Defendant on January 6, 2016, and also obtained expedited discovery from Defendant.

3. Based on the information obtained in discovery, including by way of the deposition referenced above, Plaintiff has decided to no longer pursue his claims in this action.

4. Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

5. Defendant has neither served an answer nor a motion for summary judgment in this action.

6. Accordingly, this action may be dismissed without an Order of the Court.

Respectfully submitted,

**WILFORD RANEY**, individually and on behalf of all others similarly situated,

Dated: January 14, 2016   By: /s/ Alexander T.H. Nguyen

One of Plaintiff's Attorneys

Samuel M. Lasser (SBN – 252754)
slasser@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
1934 Divisadero Street

| | |
|---|---|
| 1 | San Francisco, California 94115 |
| 2 | Tel: 415.994.9930<br>Fax: 415.776.8047 |
| 3 | Alexander T.H. Nguyen (Admitted *Pro Hac Vice*) |
| 4 | anguyen@edelson.com<br>Amir C. Missaghi (Admitted *Pro Hac Vice*) |
| 5 | amissaghi@edelson.com<br>EDELSON PC |
| 6 | 350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654 |
| 7 | Tel: 312.589.6370<br>Fax: 312.589.6378 |
| 8 | *Attorneys for Plaintiff and the Putative Classes* |

**CERTIFICATE OF SERVICE**

I, Alexander T.H. Nguyen, hereby certify that on January 14, 2016, I served the above and foregoing *Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/     Alexander T.H. Nguyen