United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILFORD RANEY, individually and on behalf of all others similarly situated.

    Plaintiff,

v.

TWITTER, INC., a Delaware corporation,

    Defendant.

No. C 15-04191 WHA

**REQUEST FOR INFORMATION**

The Court has read plaintiff's notice of voluntary dismissal and hereby requires counsel of record from both sides to promptly inform the Court in the event that counsel for plaintiff files a similar action anywhere else in the United States against defendant on behalf of the same or a different plaintiff. The Court will retain jurisdiction for the limited purpose of receiving and dealing with any such information.

**IT IS SO ORDERED.**

Dated:   January 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE